23 P.3d 773

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Igawa v. Koa House Restaurant | 22464 | 02/02/2001 | Reversed & Affirmed in part |
| McLaughlin v. Maddigan | 23094 | 02/07/2001 | Affirmed |
| State v. Traxler | 23035 | 02/08/2001 | Affirmed |
| State v. Roberts | 22967 | 02/09/2001 | Affirmed |
| State v. Kehano | 22892 | 02/12/2001 | Affirmed |
| Hew v. Hew | 22607 | 02/26/2001 | Affirmed in part, Vacated in part & Remanded |
| State v. Kato | 22689 | 04/03/2001 | Affirmed |
| State v. Manglicmot | 22768 | 04/05/2001 | Affirmed |
| State v. Ortiz | 22972 | 04/11/2001 | Affirmed |
| State v. Brooks | 22567 | 04/12/2001 | Vacated & Remanded |
| Reinwald O'Connor & Playdon v. Snyder | 23380 | 04/17/2001 | Affirmed |
| State v. Hoo | 22896 | 04/17/2001 | Affirmed |
| Norva v. Edralin | 22702 | 04/18/2001 | Affirmed in part, Vacated in part & Remanded |
| Colemans Hawaii, Inc. v. Ching | 22879 | 04/27/2001 | Affirmed |
| Fukida v. Hon/Hawaii Service and Repair | 22514 | 04/30/2001 | Vacated in part & Affirmed |